Prepared by State Reporter from Appeal Papers

*John Bright* and *Clifford S. Beattie* for appellant.

*Ivan A. Gardner, Abram F. Servin* and *Charles E. Taylor* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

VICTOR MELNECHUCK, Individually and on Behalf of Others, et al., Respondents, *v.* TIMOTHY CHOMKOWITZ et al., as President and Officers of the RUSSIAN GREEK ORTHODOX NATIONAL CHURCH OF THE HOLY TRINITY, Appellants.

*Associations — religious associations — injunction — action to enjoin exclusion of plaintiff and others from privileges of membership.*

*Melnechuck* v. *Chomkowitz,* 219 App. Div. 807, affirmed.

(Argued October 28, 1927; decided November 22, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 12, 1927, unanimously affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term. The action was to enjoin the defendants from denying to plaintiff and others, who were permitted to intervene, the privileges of membership in the Russian Greek Orthodox National Church of the Holy Trinity, an unincorporated association, from which it was alleged, they had been unlawfully excluded.

*Theodore H. Lord* and *Maurice B. Gluck* for appellants.

*Herman Joseph, Charles J. Katzenstein, Joseph Fischer* and *Thomas H. Mahony* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.